# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| ERNEST K. TOELKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Act. No.: 15-CV-02651-JAR-GEB |
| | ) |
| BNSF RAILWAY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Ernest K. Toelkes and Defendant, BNSF Railway Company, by and through their attorneys of record and pursuant to Rule 41(a)(1)(A)(ii) hereby stipulate and agree that any and all claims against BNSF Railway Company are hereby dismissed **with prejudice**. Each party to pay his or its own costs.

DATED this 17th day of May, 2016.

Respectfully submitted,

*/s/ Jeffrey E. Chod*
Jeffrey E. Chod (KDC #78499)
CHOD LAW, LLC
P.O. Box 17727
Denver, CO 80217-7727
Telephone: (314) 541-5862
Facsimile: (719) 470-2244
jchod@chodlawfirm.com

Andrew M. DeMarea (KDC #16141)
KENNER NYGAARD DeMAREA KENDALL LLC
117 W. 20th Street, Suite 201
Kansas City, MO 64108
Telephone: (816) 531-3100
Facsimile: (816) 531-3600
andy@kndklaw.com

**ATTORNEYS FOR PLAINTIFF**

**YERETSKY & MAHER, L.L.C.**


By:    /s/ Christopher C. Confer
     Thomas J. Koehler         KS#10285
     Christopher C. Confer      KS#21419
Southcreek Office Park
7200 West 132nd Street, Suite 330
Overland Park, Kansas 66213
Telephone: (913) 897-5813
Facsimile: (913) 897-6468
tkoehler@ymllc.com
cconfer@ymllc.com
**ATTORNEYS FOR DEFENDANT
BNSF RAILWAY COMPANY**

S:\344\pldgs\stip dismissal with prejudice (revised).doc